# EXHIBIT B

## Richard W. Epstein

| | |
|---|---|
| **From:** | John W. Kettering <JK@Pietragallo.com> |
| **Sent:** | Friday, April 26, 2019 12:17 PM |
| **To:** | Richard W. Epstein |
| **Cc:** | Richard J. Parks |
| **Subject:** | Bessemer v. Fiserv |
| **Attachments:** | Bessemer - Filed and Stamped Motion to Seal(4823416.1).pdf; Bessemer - Filed and Stamped Complaint(4823414.1).pdf |

Rich:

Good to speak with you this morning. Just following up on our conversation, I've attached stamped copies of the Complaint and the Motion to Seal which we filed this morning with the court. Hard copies are going out in the mail today as well.

In addition, as discussed, we wanted to check whether you would be able to accept service on behalf of FiServ, Inc. which was added as a named party in the Complaint. I understand that you have to check with the client and co-counsel but please let us know whether it would be acceptable. If it is, we can prepare the acceptance form and send it over to you next week.

Please contact Rich or myself if you have any questions.

Thanks

John
**John W. Kettering, Esquire**
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
7 West State Street, Suite 100
Sharon, PA 16146
Office: 724-981-1397 Ext: 1609 | Fax: (724) 981-1398
JK@Pietragallo.com| BIO



This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s).  If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited.  If you have received this e-mail in error, please immediately notify Pietragallo Gordon Alfano Bosick & Raspanti, LLP by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.



# Notice of Service of Process

null / ALL
Transmittal Number: 19827046
Date Processed: 05/20/2019

| | |
|---|---|
| **Primary Contact:** | Beth Krause<br>Fiserv, Inc.<br>255 Fiserv Drive<br>Brookfield, WI 53008-0979 |
| **Electronic copy provided to:** | Michael Gordan<br>General Counsel |
| **Entity:** | Fiserv, Inc.<br>Entity ID Number  2283508 |
| **Entity Served:** | Fiserv Inc. |
| **Title of Action:** | Bessemer System Federal Credit Union vs. Fiserv Solutions, LLC f/k/a Fiserv Soutions, Inc. |
| **Document(s) Type:** | Affidavit/Declaration |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Mercer County Court of Common Pleas, PA |
| **Case/Reference No:** | 2018-01130 |
| **Jurisdiction Served:** | Wisconsin |
| **Date Served on CSC:** | 05/20/2019 |
| **Answer or Appearance Due:** | Other/NA |
| **Originally Served On:** | CSC |
| **How Served:** | Regular Mail |
| **Sender Information:** | Richard J. Parks<br>724-981-1397 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

IN THE COURT OF COMMON PLEAS OF MERCER COUNTY, PENNSYLVANIA

| | |
|---|---|
| BESSEMER SYSTEM FEDERAL CREDIT UNION, a not-for-profit federal credit union, | ) CIVIL DIVISION<br>)<br>) No.: 2018 - 01130 |
| Plaintiff, | ) |
| v. | ) |
| FISERV SOLUTIONS, LLC, a Wisconsin limited liability corporation f/k/a FISERV SOLUTIONS, INC., a Wisconsin corporation and FISERV, INC., a Wisconsin corporation, | ) |
| Defendant. | |

**AFFIDAVIT OF SERVICE**

COMMONWEALTH OF PENNSYLVANIA  )
                                ) SS
COUNTY OF MERCER                )

Before me, the undersigned authority, a notary public in and for said County and State, personally appeared John W. Kettering, who, being duly sworn according to law, deposes and states that a true and correct copy of the Complaint filed at the above term and number was served upon the defendant, Fiserv Inc.., c/o Corporation Service Company Madison, WI 53717 by Federal Express with signature required, as evidenced by the Receipt of Service attached hereto as Exhibit "A".

                                                    _____
                                                    Richard J. Parks (Pa. I.D. No. 40477)
                                                    John W. Kettering (Pa. I.D. No. 316945)
                                                    PIETRAGALLO GORDON ALFANO
                                                    BOSICK & GORDON LLP
                                                    7 West State Street, Suite 100
                                                    Sharon, PA  16146
                                                    (724) 981-1397
                                                    Attorneys for Plaintiff

Sworn to and subscribed before me
this /6th day of May, 2019.

_____
Notary Public

> Commonwealth of Pennsylvania – Notary Seal
> MARJI SER – Notary Public
> Mercer County
> My Commission Expires Dec 18, 2021
> Commission Number 1263235



775173983279

# Delivered
## Tuesday 5/14/2019 at 10:15 am

**DELIVERED**

Signed for by: J.LONG



GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

| FROM | TO |
|---|---|
| PIETRAGALLO GORDON ALFANO BOS<br>Marjii Ser<br>7 West State Street, Suite 100<br>Sharon, PA US 16146<br>724 981-1397 | Corporation Service Company<br>MADISON, WI US 53717<br>608 824-7000 |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 775173983279 | FedEx Express Saver | 2 lbs / 0.91 kgs |

| SIGNATURE SERVICES | DELIVERY ATTEMPTS | DELIVERED TO |
|---|---|---|
| Adult signature required | 1 | Receptionist/Front Desk |

| TOTAL PIECES | TOTAL SHIPMENT WEIGHT | TERMS |
|---|---|---|
| 1 | 2 lbs / 0.91 kgs | Shipper |

| SHIPPER REFERENCE | PACKAGING | SPECIAL HANDLING SECTION |
|---|---|---|
| BSFCU-111886 | FedEx Envelope | Deliver Weekday, Adult Signature Required |

| STANDARD TRANSIT | SHIP DATE | ACTUAL DELIVERY |
|---|---|---|
| 5/14/2019 by 4:30 pm | Thu 5/09/2019 | Tue 5/14/2019 10:15 am |

**EXHIBIT A**

Travel History                                   Local Scan Time

IN THE COURT OF COMMON PLEAS OF MERCER COUNTY, PENNSYLVANIA

| | |
|---|---|
| BESSEMER SYSTEM FEDERAL CREDIT UNION, a not-for-profit federal credit union, | ) CIVIL DIVISION<br>)<br>) No.: 2018 - 01130<br>) |
| Plaintiff, | ) |
| v. | ) |
| FISERV SOLUTIONS, LLC, a Wisconsin limited liability corporation f/k/a FISERV SOLUTIONS, INC., a Wisconsin corporation and FISERV, INC., a Wisconsin corporation, | )<br>)<br>)<br>)<br>) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Affidavit of Service has been served via First Class U.S. Mail, on 5/16/2019, upon the following party:

Richard W. Epstein
Ekker, Kuster, McCall & Epstein, LLP
68 Buhl Boulevard
PO Box 91
Sharon, PA 16146-3706
*Counsel for Fiserv Solutions LLC*

Andrew J. Wronski
Elizabeth A.N. Haas
Timothy J. Patterson
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee WI 53202-5306
*Counsel for Fiserv Solutions LLC*

Corporation Service Company
8040 Excelsior Dr
Ste 400
Madison, WI 53717-2915
*Agent for Fiserv Inc.*

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

By: _____
Richard J. Parks, Esquire (PA40477)
John W. Kettering, Esquire (PA 316945)
7 West State Street, Suite 100
Sharon, PA 16146
724-981-1397
724-981-1398(fax)

## **CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: John W. Kettering

Signature: *[signature]*

Name: John W. Kettering

Attorney No. (if applicable): 316945

4875156v1



**PIETRAGALLO**
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP



NEOPOST       FIRST-CLASS MAIL
05/16/2019
US POSTAGE $000.50⁰

ZIP 16146
041L10414644

Corporation Service Company
8040 Excelsior Dr
Ste 400
Madison, WI 53717-2915

53717-291500