UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BESSEMER SYSTEM FEDERAL CREDIT UNION,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**FISERV SOLUTIONS, LLC, FISERV SOLUTIONS, INC., and FISERV, INC.,** )<br>)<br>Defendants. ) | Case No._____<br><br>(Removed from Pennsylvania Court of Common Pleas, Mercer County, Civil Division Case No. 2018-01130) |

### DECLARATION OF TIMOTHY PATTERSON
### IN SUPPORT OF NOTICE OF REMOVAL

I, Timothy Patterson, hereby state as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am over 18 years of age, an adult resident of Wisconsin and am competent to testify as to all matters set forth in this Declaration.

2. I am counsel for Fiserv, Inc. and Fiserv Solutions, LLC in the above-captioned matter. I submit this declaration in support of Defendants' Notice of Removal.

3. On May 14, 2019, I reviewed the website for the National Credit Union Administration and the credit union profile contained therein for Bessemer Systems Federal Credit Union ("Bessemer"), available at https://mapping.ncua.gov/SingleResult.aspx?ID=4982, which lists Bessemer as a federally chartered Pennsylvania Community credit union with its main office and principal place of business located at 106 Woodfield Drive, Greenville, Pennsylvania, 16125. I further reviewed the profile for Bessemer on the website for the National Credit Union Service Organization Registry, available at http://ncuso.org/pa/bessemer-system-

federal-credit-union-4982/, which lists Bessemer as a federally chartered Pennsylvania Community credit union with $32,000,000 in assets and its main and only office located at 106 Woodfield Drive, Greenville, Pennsylvania, 16125. The National Credit Union Service Organization Registry also states that Bessemer is a "community credit union that has 1 branch with approximately 4837 members serving the greater Mercer county area."

4.  On April 29, 2019, Bessemer System Federal Credit Union's Chief Executive Officer, Joy Peterson, sent an email to Defendants explaining that Bessemer's payment of deconversion fees to Fiserv Solutions "is disputed and was made under a reservation of rights." A true and correct copy of Ms. Peterson's April 29, 2019 email is attached hereto as **Exhibit 1**.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 24, 2019

_____
Timothy J. Patterson

# EXHIBIT 1

## Patterson, Tim

**From:** Joy Peterson <jpeterson@bessfcu.com>
**Sent:** Monday, April 29, 2019 10:23 AM
**To:** Das Gupta, Uttam Kumar (Gurugram)
**Subject:** RE: Fiserv A/c # 9012160   BESSEMER SYSTEM FEDERAL CU

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

⚠ EXTERNAL MESSAGE – Think Before You Click

Uttam,

This invoice is disputed and payment was made under a reservation of rights since Fiserv shown that it'll just keep my members' data hostage if I don't pay it. Can you explain the basis of the charge, and provide all supporting documentation, as we previously requested with respect to Fiserv's invoices?

Joy E. Peterson, CEO
Bessemer System FCU
106 Woodfield Drive
Greenville, PA 16125
(724) 588-6119 Ext. 1221
jpeterson@bessfcu.com
NMLS# 747263

---

**From:** Das Gupta, Uttam Kumar (Gurugram) [mailto:uttamkumar.dasgupta@Fiserv.com]
**Sent:** Monday, April 29, 2019 9:56 AM
**To:** JPETERSON@BESSFCU.COM
**Cc:** AR.inquiry
**Subject:** Fiserv A/c # 9012160 BESSEMER SYSTEM FEDERAL CU

Hi Joy,

Greetings of the day.

This email is in reference to open invoice# 91483373.

please review the invoice and let me know if you have any question or concern related to the invoice or payments.

please feel free to contact for further help.

Best Regards,

**Uttam Kumar**

1

Senior Associate
Finance Shared Services Centre
Office: 877-347-8346 Ext - 14321
www.fiserv.com

**Fiserv**
Join us @ Forum 2019
Fiserv | Join Our Team | Twitter | LinkedIn | Facebook
FORTUNE Magazine **World's Most Admired Companies®** 2014 | 2015 | 2016 | 2017 | 2018
© 2018 Fiserv Inc. or its affiliates. Fiserv is a registered trademark of Fiserv Inc. Privacy Policy