UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BESSEMER SYSTEM FEDERAL CREDIT UNION,** ) ) | |
| Plaintiff, ) ) | Civil Action No._____ |
| vs. ) ) ) | (Removed from Pennsylvania Court of Common Pleas, Mercer County, Civil |
| **FISERV SOLUTIONS, LLC, f/k/a FISERV SOLUTIONS, INC., and FISERV, INC.,** ) ) ) | Division Case No. 2018-01130) |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Fiserv Solutions, LLC (formerly known as Fiserv Solutions, Inc.)[1] and Fiserv, Inc. hereby give notice of the following organizational interests:

1.  Fiserv Solutions, Inc. underwent a business entity change, and on March 31, 2015, became Fiserv Solutions, LLC, a Wisconsin limited liability company.

2.  The sole member of Fiserv Solutions, LLC is Fiserv, Inc., a Wisconsin Corporation.

3.  Fiserv, Inc., a publicly-held corporation, does not have a parent corporation. T. Rowe Price Associates, Inc. (which is affiliated with the publicly held T. Rowe Price Group, Inc.), and Vanguard Group, Inc. each own 10% or more of its stock.

---

[1] The Summons incorrectly identifies one of the Defendants as Fiserv Solutions, Inc., an entity that no longer exists and that is now known as Fiserv Solutions, LLC. Accordingly, the only existing entities named as Defendants in this action are Fiserv Solutions, LLC and Fiserv, Inc.

4818-2374-1335.1

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Fiserv Solutions, LLC and Fiserv, Inc., in the above captioned action, certify that there are no parents, subsidiaries and/or affiliates of said parties that have issued shares or debt securities to the public.

Dated:  May 28, 2019

Respectfully submitted,

/s/ Brian C. Bevan
Efrem M. Grail, Esquire (PA ID No. 81570)
Brian C. Bevan, Esquire (PA ID No. 307488)
THE GRAIL LAW FIRM
421 Seventh Avenue #200
Pittsburgh, PA 15219
egrail@graillaw.com
bbevan@graillaw.com

Of Counsel
Andrew J. Wronski, Esquire
Timothy J. Patterson, Esquire
Jesse L. Byam-Katzman, Esquire
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
awronski@foley.com
tjpatterson@foley.com
jbyam-katzman@foley.com
(414) 271-2400
*Pro Hac Vice Pending*

*Counsel for Fiserv Solutions, LLC and Fiserv, Inc.*

4818-2374-1335.1

## **CERTIFICATE OF SERVICE**

I, Brian C. Bevan, hereby certify that a copy of the foregoing **Corporate Disclosure Statement** was served on the following counsel for Plaintiff via ECF, electronic mail and United States Mail, proper first-class postage affixed, this 28th day of May, 2019.

        Richard J. Parks
        Pietragallo Gordon & Alfano
        Bosick & Raspanti, LLP
        7 West State Street, Suite 100
        Sharon, PA 16146
        rjp@pietragallo.com

        Charles J. Nerko
        Joel S. Forman
        Vedder Price P.C.
        1633 Broadway, 47th Floor
        New York, New York 10019
        cnerko@vedderprice.com
        jforman@vedderprice.com

        *Attorneys for Bessemer System Federal Credit Union*

        /s/ Brian C. Bevan
        Brian C. Bevan

4818-2374-1335.1