UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BESSEMER SYSTEM FEDERAL CREDIT UNION,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) 2:19-cv-00624-MJH<br>) |
| **FISERV SOLUTIONS, LLC, f/k/a FISERV SOLUTIONS, INC., and FISERV, INC.,** | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Efrem M. Grail, Esquire, for the Defendants Fiserv Solutions, LLC, f/k/a Fiserv Solutions, Inc., and Fiserv, Inc., in the above-entitled case.

Respectfully submitted,

THE GRAIL LAW FIRM

By:/s/ Efrem M. Grail
Efrem M. Grail, Esquire
PA ID NO 81570

The Grail Law Firm
Koppers Building, 30th Floor
436 Seventh Avenue
Pittsburgh, PA 15219
Phone: (412) 227-2969
Fax: (856) 210-7354
egrail@graillaw.com

*Counsel for Defendants Fiserv Solutions, LLC, f/k/a Fiserv Solutions, Inc. and Fiserv, Inc.*

**CERTIFICATE OF SERVICE**

I, EFREM M. GRAIL, ESQUIRE, hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE was filed on May 28, 2019 with the Clerk of Court using the CM/ECF system and thereby becoming immediately available to all counsel of record.

By: /s/ Efrem M. Grail
Efrem M. Grail, Esquire

*Counsel for Defendants Fiserv Solutions, LLC, f/k/a Fiserv Solutions, Inc. and Fiserv, Inc.*