UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BESSEMER SYSTEM FEDERAL CREDIT UNION**, <br><br>      Plaintiff, <br><br>  -against- <br><br> **FISERV SOLUTIONS, LLC**, *formerly known as* FISERV SOLUTIONS, INC., and **FISERV, INC.**, <br><br>      Defendants. | No. 19 Civ. 624 (MJH) |

### BESSEMER SYSTEM FEDERAL CREDIT UNION'S MOTION FOR CONSIDERATION OF SEALING

Bessemer System Federal Credit Union ("**Bessemer**") brings this motion for consideration of sealing pursuant to LCvR 5.2(H) in connection with certain exhibits filed in support of its concurrently filed motion for a temporary restraining order and preliminary injunction (the "**TRO/PI Motion**").

In an abundance of caution and to avoid potentially prejudicing defendants (collectively "**Fiserv**") by filing putatively confidential documents in the public record, Bessemer has omitted certain potentially confidential exhibits from the declaration supporting Bessemer's TRO/PI Motion.

Bessemer does not currently take a position on whether these documents qualify for sealing. These documents, however, may implicate Fiserv's privacy interests. As an accommodation to Fiserv, Bessemer is filing this motion to afford Fiserv an opportunity to be heard and have the Court consider this matter.

WHEREFORE, Bessemer respectfully requests that the Court consider whether to seal the documents omitted from the public record in connection with Bessemer's TRO/PI Motion so

-2-

as to afford Fiserv has an opportunity to be heard on this matter and to show cause, if any, for why those documents quality for sealing.

Dated:  June 25, 2019

                              Respectfully submitted,

                              VEDDER PRICE P.C.


                              By: /s/ Charles J. Nerko
                                   Charles J. Nerko (NY 4764338)
                                   Joel S. Forman (NY 1086081)
                              1633 Broadway, 31st Floor
                              New York, NY  10019
                              Tel.:  (212) 407-7700
                              Fax:  (212) 407-7799
                              Email: cnerko@vedderprice.com
                                          jforman@vedderprice.com

                              Richard J. Parks (PA 40477)
                              PIETRAGALLO GORDON
                              ALFANO BOSICK & RASPANTI, LLP
                              7 West State Street, Suite 100
                              Sharon, PA  16146
                              Tel.:  (724) 981-1397
                              Fax:  (724) 981-1398
                              Email: rjp@pietragallo.com

                              *Attorneys for Plaintiff*
                              *Bessemer System Federal Credit Union*