UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BESSEMER SYSTEM FEDERAL CREDIT UNION**,<br><br>  Plaintiff,<br><br>-against-<br><br>**FISERV SOLUTIONS, LLC**, *formerly known as* FISERV SOLUTIONS, INC., and **FISERV, INC.**,<br><br>  Defendants. | No. 19 Civ. 624 (MJH)<br><br>**EMERGENCY APPLICATION** |

**BESSEMER SYSTEM FEDERAL CREDIT UNION'S
MOTION FOR A TEMPORARY RESTRAINING ORDER AND A
PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE THAT upon the declaration of Joy E. Peterson dated June 25, 2019 (ECF No. 18), the accompanying brief (ECF No. 17), the complaint, and all proceedings heretofore had herein, plaintiff Bessemer System Federal Credit Union ("**Bessemer**") will move this Court, pursuant to FRCP 65, at a telephonic hearing before the Honorable Marilyn J. Horan, at the Joseph F. Weis, Jr. United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania, 15219, Courtroom 8A, on June 26, 2019 at 3:00 p.m., or as soon thereafter as counsel may be heard, for a temporary restraining order and preliminary injunction, and any further relief that may be necessary to achieve justice.

[Signature page follows.]

-2-

Dated:  June 26, 2019

                                      Respectfully submitted,

                                      VEDDER PRICE P.C.

                                      By: /s/ Charles J. Nerko
                                            Charles J. Nerko (NY 4764338)
                                            Joel S. Forman (NY 1086081)
                                      1633 Broadway, 31st Floor
                                      New York, NY  10019
                                      Tel.:  (212) 407-7700
                                      Fax:  (212) 407-7799
                                      Email: cnerko@vedderprice.com
                                              jforman@vedderprice.com

                                      Richard J. Parks (PA 40477)
                                      PIETRAGALLO GORDON
                                      ALFANO BOSICK & RASPANTI, LLP
                                      7 West State Street, Suite 100
                                      Sharon, PA  16146
                                      Tel.:  (724) 981-1397
                                      Fax:  (724) 981-1398
                                      Email: rjp@pietragallo.com

                                      *Attorneys for Plaintiff*
                                      *Bessemer System Federal Credit Union*