## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BESSEMER SYSTEM FEDERAL CREDIT )
UNION, )
                                )
                Plaintiff, )
                                )      Case No. 2:19-cv-00624-MJH
     vs. )
                                  )
FISERV SOLUTIONS, LLC, FISERV )
SOLUTIONS, INC., and FISERV, INC., )
                                  )
               Defendants. )

## DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S JURY DEMAND

Defendants Fiserv Solutions, LLC (f/k/a Fiserv Solutions, Inc.) and Fiserv, Inc. (together, "Defendants"), by and through their attorneys, respectfully move this Court for an order striking Plaintiff Bessemer System Federal Credit Union's ("Plaintiff") demand for trial by jury. In further support of this Motion, Defendants rely on the attached brief in support, the pleadings and exhibits on file, the Federal Rules of Civil Procedure, and the Local Rules of this Court. Defendants requested that Plaintiff withdraw its demand for trial by jury on September 3, 2019, but Plaintiff did not consent to the withdrawal.

Defendants believe the parties' agreement and controlling law unambiguously support the relief requested in this Motion. Nevertheless, Defendants anticipate Plaintiff's brief in opposition to this Motion will require a response from Defendants to clarify relevant issues and authority. Accordingly, Defendants respectfully request leave to file a reply brief in support of this Motion within seven (7) days of service of Plaintiff's response brief.

Dated:  September 9, 2019.

Respectfully submitted,


/s/ ***Timothy J. Patterson***
Efrem M. Grail (PA ID No. 81570)
Brian C. Bevan (PA ID No. 307488)
**THE GRAIL LAW FIRM**
Koppers Building, 30th Floor
436 Seventh Avenue
Pittsburgh, PA 15219
egrail@graillaw.com
bbevan@graillaw.com
(412) 227-2969

Andrew J. Wronski (*admitted pro hac vice*)
Timothy J. Patterson (*admitted pro hac vice)*
**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
Milwaukee, WI 53202
awronski@foley.com
tjpatterson@foley.com
(414) 271-2400

*Counsel for Fiserv Solutions, LLC and Fiserv, Inc.*

## CERTIFICATE OF SERVICE

I, Timothy J. Patterson, hereby certify that a copy of the foregoing Motion to

Strike Plaintiff's Jury Demand was served on the following counsel of record for Plaintiff via the

CM/ECF system this 9th day of September, 2019.


Richard J. Parks
Pietragallo, Gordon, Alfano,
Bosick & Raspanti, LLP
7 West State Street, Suite 100
Sharon, PA 16146

Charles J. Nerko
Joel S. Forman
VedderPrice P.C.
1633 Broadway, 47th Floor
New York, New York 10019
*Attorneys for Bessemer System Federal Credit Union*


/s/ **Timothy J. Patterson**
Timothy J. Patterson