# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BESSEMER SYSTEM FEDERAL CREDIT UNION,** | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 2:19-cv-00624-MJH |
| **FISERV SOLUTIONS, LLC, f/k/a FISERV SOLUTIONS, INC., and FISERV, INC.,** | ) ) ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER GRANTING
## DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S JURY DEMAND

Defendants Fiserv Solutions, LLC (f/k/a Fiserv Solutions, Inc.) and Fiserv, Inc.'s (together, "Defendants") Motion to Strike Plaintiff Bessemer System Federal Credit Union's ("Plaintiff") Jury Demand came before this Court on September 9, 2019.  The Court having considered the submissions, the applicable law, and the record in this case, and for all the reasons set forth by the Court on the record:

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED, and that this Court HEREBY STRIKES Plaintiff's demand for trial by jury on all of the claims for relief set forth in Plaintiff's Amended Complaint.  Any trial of this action shall be to the Court.


Dated this _____ day of _____, _____.


BY THE COURT:


_____

Hon. Marilyn Horan, District Judge