UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BESSEMER SYSTEM FEDERAL CREDIT UNION**, *on behalf of itself and its members*,<br><br>Plaintiff,<br><br>-against-<br><br>**FISERV SOLUTIONS, LLC**, *formerly known as* FISERV SOLUTIONS, INC., and **FISERV, INC.**,<br><br>Defendants. | No. 19 Civ. 624 (MJH) |

### JOINT MOTION TO MODIFY SCHEDULE REGARDING DEFENDANTS' MOTION TO STRIKE

Plaintiff Bessemer System Federal Credit Union ("**Bessemer**") and Defendants Fiserv Solutions, LLC, f/k/a Fiserv Solutions, Inc., and Fiserv, Inc. (together, "**Fiserv**") hereby jointly move for an Order with respect to Defendants' Motion to Strike Plaintiff's Demand for Jury Trial in First Amended Complaint (the "**Motion to Strike**"), and in support of this Motion state as follows:

1. On August 1, 2019, the Court entered an order setting forth a briefing schedule with respect to Fiserv's Motion to Dismiss. The order provided that any response to that motion is due on or before October 18, 2019, and any reply is due on or before November 4, 2019.

2. Concurrently with filing the Motion to Dismiss, Fiserv filed the Motion to Strike.

3. After conferring in good faith regarding the efficient management of this dispute, and for reasons of judicial efficiency and other good cause, the parties request that the briefing schedule for the Motion to Dismiss also apply to the Motion to Strike.

4. Accordingly, the parties hereby respectfully request that the Court enter an Order setting forth the following briefing schedule for the Motion to Strike:

      a.    Bessemer shall respond to Fiserv's Motion to Strike on or before October 18, 2019.

      b.    Fiserv shall reply to Bessemer's response on or before November 4, 2019.

WHEREFORE, the Parties respectfully request that the Court enter an Order consistent with this Motion.

Dated: September 11, 2019

Respectfully submitted,

VEDDER PRICE P.C.

By: /s/ Charles J. Nerko
    Charles J. Nerko (NY 4764338)
    Joel S. Forman (NY 1086081)
1633 Broadway, 31st Floor
New York, NY  10019
Tel.:  (212) 407-7700
Fax:  (212) 407-7799
Email: cnerko@vedderprice.com
       jforman@vedderprice.com

Richard J. Parks (PA 40477)
PIETRAGALLO GORDON
ALFANO BOSICK & RASPANTI, LLP
7 West State Street, Suite 100
Sharon, PA  16146
Tel.:  (724) 981-1397
Fax:  (724) 981-1398
Email: rjp@pietragallo.com

*Attorneys for Plaintiff*
*Bessemer System Federal Credit Union*

[*Signatures continued.*]

2

FOLEY & LARDNER LLP


By: /s/ Timothy J. Patterson
    Andrew J. Wronski (WI 1024029)
    Timothy J. Patterson (WI 1087996)
777 East Wisconsin Avenue
Milwaukee, WI  53202
Tel.:  (414) 271-2400
Email: awronski@foley.com
       tjpatterson@foley.com

Efrem Grail (PA 81570)
Brian Bevan (PA 307488)
THE GRAIL LAW FIRM
Koppers Building, 30th Floor
436 Seventh Avenue
Pittsburgh, PA  15219
Tel.:  (412) 227-2969
Email: egrail@graillaw.com
       bbevan@graillaw.com

*Attorneys for Defendants*
*Fiserv Solutions, LLC, formerly known as*
*Fiserv Solutions, Inc., and Fiserv, Inc.*

NEWYORK/#540481