# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

**BESSEMER SYSTEM FEDERAL CREDIT UNION**, *on behalf of itself and its members*,

    Plaintiff,

-against-

**FISERV SOLUTIONS, LLC**, *formerly known as* FISERV SOLUTIONS, INC., and **FISERV, INC.**,

    Defendants.

No. 19 Civ. 624 (MJH)

## [PROPOSED] ORDER GRANTING BESSEMER'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

The Court, having considered Plaintiff Bessemer System Federal Credit Union's ("**Bessemer**") Motion for Leave to File an Amended Complaint, finds good cause to rule as follows:

IT IS HEREBY ORDERED THAT:

1. Bessemer's Motion For Leave to File an Amended Complaint is hereby **GRANTED**.

2. Bessemer is to file its Amended Complaint within thirty (30) days of entry of this order

Dated this _____ day of _____, _____.

BY THE COURT:

_____

Hon. Marilyn Horan, District Judge