| | |
|---|---|
| **From:** | Bennett, Jane (Charlotte) <Jane.Bennett@fiserv.com> |
| **Sent:** | Friday, April 26, 2019 1:19 PM |
| **To:** | Joy Peterson |
| **Subject:** | RE: Deconversion |

Joy,

We will post everything received when we go down at approximately 9PM (barring any processing complications) and will not post anything after that time.

We have worked with Compusource in the past and the programmer knows where to send the files. (we do not create tapes even though I described it as such in my previous email. My apologies for using the incorrect description)

We are unable to give you a file for your credit bureau reporting, we can if you authorize us to, report your loans with the codes AT/05 which is what we have done in the past with Compusource.

**Jane Bennett**
Conversion Analyst
Charlotte
Office: 704.948.3030 | Fax: 704.805.9960

**Fiserv**
**Join us @ Forum 2019**
Fiserv | Join Our Team | Twitter | LinkedIn | Facebook
FORTUNE Magazine **World's Most Admired Companies**® 2014 | 2015 | 2016 | 2017 | 2018

© 2018 Fiserv Inc. or its affiliates. Fiserv is a registered trademark of Fiserv Inc. Privacy Policy

---

**From:** Joy Peterson <jpeterson@bessfcu.com>
**Sent:** Friday, April 26, 2019 12:32 PM
**To:** Bennett, Jane (Charlotte) <Jane.Bennett@fiserv.com>
**Subject:** RE: Deconversion


⚠ EXTERNAL MESSAGE – Think Before You Click

Hi Jane-
So my understanding is that we will be responsible for any ACH files created after 9:00pm EST on 5/31? If this is correct, then this will work for us.

Also, I want to verify that the information will be sent to the secure drop box at Compusource rather than a tape.

One other thing I was wondering about- will Fiserv provide us with our credit bureau file for the end of April? That way we can make sure we are reporting correctly going forward.

**Joy E. Peterson, CEO**
Bessemer System FCU

106 Woodfield Drive
Greenville, PA  16125
(724) 588-6119  Ext. 1221
jpeterson@bessfcu.com
NMLS# 747263

---

**From:** Bennett, Jane (Charlotte) [mailto:Jane.Bennett@fiserv.com]
**Sent:** Tuesday, April 23, 2019 11:48 AM
**To:** jpeterson@bessfcu.com
**Subject:** Deconversion

Hi Joy,

To confirm what we talked about on the phone this morning:

All dividends for Shares and Investments will post on 5/31
All warehoused EFT items will post on 5/31 regardless of date
The last credit bureau reporting (in June) will report all loans with a code of AT/05
All EFT (Debit Cards, ATM, Home Banking, etc) will be cut off once the Charlotte system goes down at approximately 9PM EST
Audio is not used at the credit union so will not be affected
A tape will be provided on the morning of 6/1 at approximately 8AM EST

Please confirm that you are in agreement with the above stated activities.

Thanks Joy!

**Jane Bennett**
Conversion Analyst
Charlotte
Office: 704.948.3030 | Fax: 704.805.9960

**Fiserv**
**Join us @ Forum 2019**
Fiserv | Join Our Team | Twitter | LinkedIn | Facebook
FORTUNE Magazine **World's Most Admired Companies**® 2014 | 2015 | 2016 | 2017 | 2018

© 2018 Fiserv Inc. or its affiliates. Fiserv is a registered trademark of Fiserv Inc. Privacy Policy