IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BESSEMER SYSTEM FEDERAL CREDIT UNION, | ) <br> ) <br> ) |
| Plaintiff, | ) Civil No. 19-00624-MJH <br> ) <br> ) |
| v. | ) <br> ) |
| FISERV SOLUTIONS, LLC *formerly known as* FISERV SOLUTIONS, INC. and FISERV INC., | ) <br> ) <br> ) |
| Defendants. | ) |

**AFFIDAVIT OF ALEXANDER MIRKIN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Alexander Mirkin, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff Bessemer System Federal Credit Union in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Alexander Mirkin, being duly sworn, do hereby depose and say as follows:

1. I am associated with the law firm Offit Kurman P.A..

2. My business address is 10 East 40th Street, New York, NY 10016.

3. I am a member in good standing of the bar of the State of New York.

4. My attorney registration number is 4944682.

5. A current certificate of good standing from New York is attached to this Affidavit as Exhibit 1.

6. The following are a complete list of any previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court:

- None

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter. I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: __March 20, 2020__                                              _____
                                                                                                    Alexander Mirkin