UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

BESSEMER SYSTEM FEDERAL CREDIT UNION,
*on behalf of itself and its members*,

Plaintiff,

No. 19 Civ. 624 (RJC)

vs.

FISERV SOLUTIONS, LLC, *formerly known as* FISERV SOLUTIONS, INC., and FISERV, INC.,

Defendants.

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.2(C)(4), Attorney Timothy J. Patterson hereby seeks leave to withdraw his appearance as counsel of record for Defendants Fiserv Solutions, LLC and Fiserv, Inc. ("Fiserv") in the above-captioned matter, stating as follows in support thereof:

1. Attorney Patterson is currently counsel of record for Defendants Fiserv Solutions, LLC and Fiserv, Inc. in this matter.

2. Attorney Patterson will be leaving the Firm of Foley & Lardner LLP on April 15, 2020.

3. Fiserv Solutions, LLC and Fiserv, Inc. have consented to Attorney Patterson's withdrawal, and will continue to be represented by Andrew J. Wronski (address listed in the signature block below) as counsel in this matter.

4838-6088-1593.1

WHEREFORE, Attorney Timothy J. Patterson hereby seeks leave to withdraw his appearance as counsel of record for Defendants Fiserv Solutions, LLC and Fiserv, Inc. in the above-captioned action.

Dated this 13th day of April, 2020              Respectfully submitted,

                                                /s/ Timothy J. Patterson
                                                Andrew J. Wronski WI Bar No. 1024029
                                                Timothy J. Patterson WI Bar No. 1087996
                                                FOLEY & LARDNER LLP
                                                777 East Wisconsin Avenue
                                                Milwaukee, WI 53202-5306
                                                414.271.2400
                                                awronski@foley.com
                                                tjpatterson@foley.com

                                                *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 13, 2020.

*/s/ Timothy J. Patterson*
Timothy J. Patterson
