UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

BESSEMER SYSTEM FEDERAL CREDIT UNION,
*on behalf of itself and its members*,

         Plaintiff,

vs.

FISERV SOLUTIONS, LLC, *formerly known as* FISERV SOLUTIONS, INC., and FISERV, INC.,

         Defendants.

No.  19 Civ. 624 (RJC)

## **[PROPOSED] ORDER**

AND NOW, this ____ day of April, 2020, it is hereby ORDERED that the Motion to Withdraw as Attorney is GRANTED and that Timothy J. Patterson is withdrawn from the above-captioned action as counsel for Defendants Fiserv Solutions, LLC and Fiserv, Inc.

_____