UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BESSEMER SYSTEM FEDERAL CREDIT UNION,**<br><br>Plaintiff,<br><br>vs.<br><br>**FISERV SOLUTIONS, LLC, f/k/a FISERV SOLUTIONS, INC., and FISERV, INC.,**<br><br>Defendants. | Case No. 2:19-cv-00624-RJC |

**STIPULATION TO EXTEND TIME FOR DEFENDANTS FISERV SOLUTIONS, LLC, f/k/a FISERV SOLUTIONS, INC., AND FISERV, INC., TO FILE ANSWER TO PLAINTIFF BESSEMER SYSTEM FEDERAL CREDIT UNION'S SECOND AMENDED COMPLAINT**

1. This Stipulation is being filed on behalf of Plaintiff Bessemer System Federal Credit Union ("Plaintiff"), and Fiserv Solutions, LLC, f/k/a Fiserv Solutions, Inc., and Fiserv, Inc. (together, "Defendants").

2. On July 14, 2020, the Court issued an Order ruling on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint ("SAC").  Doc. 70.

3. In its July 14th Order, the Court granted in part and denied in part Defendants' Motion to Dismiss, and gave Defendants twenty-one (21) days from the date of the Order, to August 4, 2020, to file an Answer to the remaining six (6) claims.

4. On July 21, 2020, Defendants requested an additional ten (10) days, to August 14, 2020, to file their Answer.  On that same day, Plaintiff's counsel agreed to the request for extension of time to respond.

Accordingly, the Parties stipulate that Defendants will have until August 14, 2020 to file their Answer to Plaintiff's Second Amended Complaint.

4825-7124-2438.1

STIPULATED AND AGREED TO:

| | |
|---|---|
| */s/* Charles J. Nerko_____ | */s/* Jesse L. Byam-Katzman_____ |
| Charles J. Nerko (*pro hac vice*) | Andrew J. Wronski (*pro hac vice*) |
| Alexander Mirkin (*pro hac vice*) | Jesse L. Byam-Katzman (*pro hac vice*) |
| OFFIT KURMAN, P.A. | FOLEY & LARDNER LLP |
| 10 East 40th Street, 35th Floor | 777 East Wisconsin Avenue |
| New York, NY 10016 | Milwaukee, WI 53202 |
| (212) 545-1900 | awronski@foley.com |
| Fax: 267-338-1335 | jbyam-katzman@foley.com |
| charles.nerko@offitkurman.com | (414) 271-2400 |
| amirkin@offitkurman.com | Fax: 414-297-4900 |
| | |
| Richard J. Parks (PA 40477) | Efrem M. Grail (PA ID No. 81570) |
| PIETRAGALLO GORDON ALFANO | Brian C. Bevan (PA ID No. 307488) |
| BOSICK & RASPANTI, LLP | THE GRAIL LAW FIRM |
| 7 West State Street, Suite 100 | Koppers Building, 30th Floor |
| Sharon, PA 16146 | 436 Seventh Avenue |
| (724) 981-1397 | Pittsburgh, PA 15219 |
| rjp@pietragallo.com | egrail@graillaw.com |
| | bbevan@graillaw.com |
| *Counsel for Plaintiff Bessemer System Federal Credit Union* | (412) 227-2969 |
| | Fax: (856) 210-7354 |
| | |
| | *Counsel for Defendants Fiserv Solutions, LLC and Fiserv, Inc.* |

4825-7124-2438.1