UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

**BESSEMER SYSTEM FEDERAL CREDIT UNION**, *on behalf of itself and its members*,

        Plaintiff,

-against-

**FISERV SOLUTIONS, LLC**, *formerly known as* FISERV SOLUTIONS, INC., and **FISERV, INC.**,

        Defendants.

No. 19 Civ. 624 (RJC)

### CERTIFICATE OF COMPLIANCE WITH COURT'S STANDING ORDER AND PROCEDURES REGARDING THE FILING OF A MOTION TO DISMISS

Pursuant to this Court's Standing Order requiring parties to meet and confer prior to filing a Federal Rule of Civil Procedure 12(b), I hereby certify, as attorney for Bessemer System Federal Credit Union in the above-named matter, that I have met with Defendants counsels via telephone on November 9, 2020 at 2 P.M. and explained the basis for Bessemer's Motion to Dismiss Counterclaims. Both parties made good faith efforts to determine whether the pleading deficiencies and legal issues that form the basis for the Motion to Dismiss Counterclaims could be cured by amendment to the pleadings.

Dated: November 10, 2020

Respectfully submitted,

OFFIT KURMAN, P.A.

By: /s/ Charles J. Nerko
Charles J. Nerko (NY 4764338)
Alexander Mirkin (NY 4944682)
590 Madison Avenue, 6th Floor
New York, NY 10022
(212) 545-1900
charles.nerko@offitkurman.com
amirkin@offitkurman.com

Richard J. Parks (PA 40477)
PIETRAGALLO GORDON
ALFANO BOSICK & RASPANTI, LLP
7 West State Street, Suite 100
Sharon, PA 16146
(724) 981-1397
rjp@pietragallo.com

*Attorneys for Plaintiff*
*Bessemer System Federal Credit Union*