UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BESSEMER SYSTEM FEDERAL CREDIT UNION,**<br><br>Plaintiff,<br><br>vs.<br><br>**FISERV SOLUTIONS, LLC, f/k/a FISERV SOLUTIONS, INC., and FISERV, INC.,**<br><br>Defendants. | Case No. 2:19-cv-00624-RJC |

### [PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TEMPORARY STAY OF LITIGATION AND EXTENSION OF DEADLINES

The Court, having considered Bessemer System Federal Credit Union's ("Plaintiff") and Defendants Fiserv Solutions, LLC, f/k/a Fiserv Solutions, Inc., and Fiserv, Inc.'s ("Defendants") Joint Motion for Extension of Temporary Stay of Litigation and Extension of Deadlines (the "Motion"), finds good cause to rule as follows:

IT IS HEREBY ORDERED THAT:

1. All proceedings in this case are stayed until March 15, 2021. Notwithstanding the foregoing, the stay shall not apply to proceedings related to the CompuSource Subpoena (as defined in the Motion);

2. On or before March 25, 2021, the parties shall file a Joint Status Report advising the Court if the case has been resolved, if the parties request that the stay be further extended to accommodate continued negotiations, or if the parties' efforts have been unsuccessful and the case should resume. If the parties report that the case should resume, they will meet and confer in good faith and submit a proposed Amended Case Management Order with the Joint Status Report;

1

2

3. Plaintiff shall serve its responses and objections to Defendants' First Set of Discovery Requests on or before March 29, 2021;

4. Plaintiff shall file its reply in support of the Motion to Dismiss Counterclaims on or before March 29, 2021.

Dated this _____ day of _____, _____.

BY THE COURT:

_____
Robert J. Colville
United States District Judge