UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

**BESSEMER SYSTEM FEDERAL CREDIT UNION, on behalf of itself and its members**,

                            Plaintiff,

    vs.

**FISERV SOLUTIONS, LLC, f/k/a FISERV SOLUTIONS, INC., and FISERV, INC.,**

                            Defendants.

Case No. 2:19-cv-00624-RJC

---

## DECLARATION OF CHARLES J. NERKO
## IN OPPOSITION TO FISERV'S MOTION FOR A PROTECTIVE ORDER

Charles J. Nerko declares under penalties of perjury:

1. I am a partner at Barclay Damon LLP and counsel to plaintiff Bessemer System Federal Credit Union.

2. **Exhibit A** hereto is a true and correct copy of the parties' Master Agreement.

3. **Exhibit B** hereto is plaintiff's proposed Protective Order.

4. To the best of my knowledge, plaintiff has no in-house counsel.

Dated: January 21, 2022

                                                               */s/ Charles J. Nerko*
                                                                Charles J. Nerko