**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

_____

**BESSEMER SYSTEM FEDERAL CREDIT
UNION, on behalf of itself and its members**,

                              Plaintiff,

        vs.

                                              Case No. 2:19-cv-00624-RJC

**FISERV SOLUTIONS, LLC, f/k/a FISERV
SOLUTIONS, INC., and FISERV, INC.,**

                              Defendants.

_____

## BESSEMER'S MOTION TO COMPEL RESPONSES TO BESSEMER'S SECOND REQUEST FOR PRODUCTION

Plaintiff Bessemer System Federal Credit Union, on behalf of itself and its members ("Bessemer") by and through its attorneys Barclay Damon LLP, respectfully move this Court pursuant to Federal Rule of Civil Procedure ("FRCP") 37(a)(3) to Compel Defendants Fiserv Solutions, LLC f/k/a Fiserv Solutions, Inc. and Fiserv, Inc. (collectively, "Fiserv") to produce documents in response to Bessemer's Second Request for Production.

Bessemer also moves for recovery of its reasonable attorneys' fees and costs incurred in bringing this Motion pursuant to FRCP 37(a)(5)(A). The grounds for Bessemer's motion are fully set forth in Bessemer's accompanying Memorandum of Law in Support dated January 31, 2022 and the Declaration of Joy Peterson in support of Bessemer's motion.

Dated: January 31, 2022

Respectfully submitted,

/s/ Charles J. Nerko

Charles J. Nerko (NY 4764338)
Benjamin M. Wilkinson (NY 4927661)
Sarah A. O'Brien (*pro hac vice* to be filed)
BARCLAY DAMON LLP
80 State Street
Albany, NY 10020
(518) 429-4200
cnerko@barclaydamon.com
bwilkinson@barclaydamon.com
sobrien@barclaydamon.com

Richard J. Parks (PA 40477)
PIETRAGALLO, GORDON, ALFANO,
BOSICK & RASPANTI, LLP
7 West State Street, Suite 100
Sharon, PA 16146
(724) 981-1397
rjp@pietragallo.com

*Counsel for Plaintiff*
*Bessemer System Federal Credit Union*

## <u>CERTIFICATE OF CONFERENCE</u>

Pursuant to Federal Rule of Civil Procedure 37(a)(1), I hereby certify that on October 20, 2021, October 21, 2021, November 1, 2021, November 4, 2021, and December 2, 2021 counsel for Plaintiff conferred with counsel for Defendants in a good faith effort to resolve the issues raised by this Motion. The parties were unable to resolve the issues raised in this Motion because Defendants object to the relief sought in this Motion.

*/s/ Charles J. Nerko*_____
**Charles J. Nerko, Esq.**
*Counsel for Plaintiff Bessemer*
*System Federal Credit Union*