UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

**BESSEMER SYSTEM FEDERAL CREDIT UNION, on behalf of itself and its members**,

                     Plaintiff,

vs.

**FISERV SOLUTIONS, LLC, f/k/a FISERV SOLUTIONS, INC., and FISERV, INC.,**

                     Defendants.

Case No. 2:19-cv-00624-RJC

---

### DECLARATION OF CHARLES J. NERKO
### IN SUPPORT OF BESSEMER'S MOTION TO COMPEL RESPONSES TO
### <u>BESSEMER'S SECOND REQUEST FOR PRODUCTION</u>

Charles J. Nerko declares under penalties of perjury:

1. I am a partner at Barclay Damon LLP and counsel to plaintiff Bessemer System Federal Credit Union ("Bessemer").

2. **Exhibit A** hereto is a true and correct copy of Bessemer's counsel's letter dated October 20, 2021 sent to Fiserv's counsel regarding deficiencies in Fiserv's responses to Bessemer's Second Request for Production.

3. **Exhibit B** hereto is a true and correct copy of Fiserv's letter dated November 1, 2021 in response to Bessemer's counsel's October 20, 2021 letter.

4. **Exhibit C** hereto is a true and correct copy of an email exchange between Bessemer's counsel and Fiserv's counsel from November 4, 2021 to November 5, 2021.

Dated: January 31, 2022

                                                    */s/ Charles J. Nerko*
                                                    Charles J. Nerko