UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

**BESSEMER SYSTEM FEDERAL CREDIT UNION, on behalf of itself and its members**,

          Plaintiff,

vs.

**FISERV SOLUTIONS, LLC, f/k/a FISERV SOLUTIONS, INC., and FISERV, INC.,**

          Defendants.

Case No. 2:19-cv-00624-RJC

---

## DECLARATION OF CHARLES J. NERKO
## IN SUPPORT OF BESSEMER'S MOTION TO COMPEL FISERV TO PRODUCE SECURITY AUDIT DOCUMENTS

Charles J. Nerko declares under penalties of perjury:

1. I am a partner at Barclay Damon LLP and counsel to plaintiff Bessemer System Federal Credit Union ("Bessemer").

2. **Exhibit A** hereto is a true and accurate copy of relevant portions of Bessemer's First Request for the Production of Documents ("First RFP") to Defendants Fiserv Solutions, LLC f/k/a Fiserv Solutions, Inc. and Fiserv, Inc. ("Fiserv") dated May 14, 2021.

3. **Exhibit B** hereto is a true and accurate copy of relevant portions of Fiserv's responses and objections.

Dated: January 31, 2022

                                                    */s/ Charles J. Nerko*
                                                    Charles J. Nerko