UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BESSEMER SYSTEM FEDERAL CREDIT UNION,**<br><br>Plaintiff,<br><br>vs.<br><br>**FISERV SOLUTIONS, LLC, f/k/a FISERV SOLUTIONS, INC., and FISERV, INC.,**<br><br>Defendants. | Case No. 2:19-cv-00624-RJC |

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULE REGARDING BESSEMER'S DISCOVERY MOTIONS

The Court, having considered the Plaintiff Bessemer System Federal Credit Union's ("Bessemer") and Defendants Fiserv Solutions, LLC, f/k/a Fiserv Solutions, Inc., and Fiserv, Inc.'s ("Defendants") Joint Motion to Modify Schedule Regarding Bessemer's Discovery Motions, finds good cause to rule as follows:

IT IS HEREBY ORDERED THAT:

1. Defendants shall file their responses to Bessemer's Discovery Motions on or before February 21, 2022;

2. Bessemer shall file its replies to Defendants' responses on or before March 11, 2022.

Dated this ___3rd___ day of ___February___, ___2022___.

BY THE COURT:

s/Robert J. Colville
_____
Robert J. Colville
United States District Judge

4862-6175-0540.1