UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

**BESSEMER SYSTEM FEDERAL CREDIT UNION, on behalf of itself and its members**,

        Plaintiff,

vs.

**FISERV SOLUTIONS, LLC, f/k/a FISERV SOLUTIONS, INC., and FISERV, INC.,**

        Defendants.

Case No. 2:19-cv-00624-RJC

---

### BESSEMER'S OPPOSITION TO FISERV'S MOTION FOR LEAVE TO FILE CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO BESSEMER'S DISCOVERY MOTIONS

Plaintiff Bessemer System Federal Credit Union, a federally chartered not-for-profit credit union ("Bessemer"), opposes Defendants Fiserv Solutions, LLC, f/k/a Fiserv Solutions, Inc., and Fiserv, Inc.'s (together, "Fiserv") request to file consolidated briefs in opposition to pending discovery motions (Dkts. 154-168).

1. During the pre-motion conference held before the Court on December 14, 2021, the Court referenced Bessemer's pending motion to appoint a Special Master (Dkt. 132) and advised that the Court would evaluate referral of discovery motions to a Special Master on a per-motion basis, in the event one is appointed. Therefore, Fiserv's request to combine certain discovery briefs (but not one other) would undermine the efficient management of this case and interfere with the referral of discovery disputes to the Special Master.

2. Moreover, Fiserv's request runs afoul of the Local Rules of the Western District of Pennsylvania and this Court's Standing Order and Procedures on Civil Motion Practice. Pursuant to Local Civil Rule 5.1(F) and 5.1(G), each motion and each brief shall be submitted in a separate

document, unless good cause is shown. In addition, Rule 4 of the Court's Standing Order requires an opposing party to file a separate response to every motion. Here, no good cause exists for Fiserv to deviate from the Local Rules and the Court's Standing Order.

WHEREFORE, Bessemer respectfully requests that the Court deny Fiserv's motion and require that Fiserv's briefs be submitted in accordance with the Local Rules and the Court's Standing Order.

| | |
|---|---|
| Dated: February 18, 2022 | Respectfully submitted, |
| | */s/ Charles J. Nerko* |
| Charles J. Nerko (NY 4764338) | Richard J. Parks (PA 40477) |
| Benjamin M. Wilkinson (NY 4927661) | PIETRAGALLO, GORDON, ALFANO, |
| Sarah A. O'Brien (*pro hac vice* to be filed) | BOSICK & RASPANTI, LLP |
| BARCLAY DAMON LLP | 7 West State Street, Suite 100 |
| 80 State Street | Sharon, PA 16146 |
| Albany, NY 10020 | (724) 981-1397 |
| (518) 429-4200 | rjp@pietragallo.com |
| cnerko@barclaydamon.com | |
| bwilkinson@barclaydamon.com | *Counsel for Plaintiff* |
| sobrien@barclaydamon.com | *Bessemer System Federal Credit Union* |