# EXHIBIT "B"

**Wilkinson, Benjamin M.**

| | |
|---|---|
| **From:** | Wronski, Andy <AWronski@foley.com> |
| **Sent:** | Tuesday, May 10, 2022 3:51 PM |
| **To:** | Nerko, Charles J.; Zick, Jeffrey A; Salva, Dianne M |
| **Cc:** | Byam-Katzman, Jesse L.; bbevan@graillaw.com; egrail@graillaw.com; rjp@pietragallo.com; Wilkinson, Benjamin M.; O'Brien, Sarah A. |
| **Subject:** | Re: Bessemer v. Fiserv - NCUA Discussion [IWOV-Active.FID3046284] |

Dianne and Jeff

We will be responding to your letter in writing and will have that to you in the next couple of days. Thank you.

Andy

Andrew J. Wronski
Managing Partner, Milwaukee
Foley & Lardner LLP
Office: 414-297-5518
Mobile: 414-732-4108

**From:** Nerko, Charles J. <CNerko@barclaydamon.com>
**Sent:** Tuesday, May 10, 2022 2:10:56 PM
**To:** Zick, Jeffrey A <JZick@ncua.gov>; Salva, Dianne M <DSALVA@ncua.gov>
**Cc:** Wronski, Andy <AWronski@foley.com>; Byam-Katzman, Jesse L. <JByam-Katzman@foley.com>; bbevan@graillaw.com <bbevan@graillaw.com>; egrail@graillaw.com <egrail@graillaw.com>; rjp@pietragallo.com <rjp@pietragallo.com>; Wilkinson, Benjamin M. <BWilkinson@barclaydamon.com>; O'Brien, Sarah A. <sobrien@barclaydamon.com>
**Subject:** RE: Bessemer v. Fiserv - NCUA Discussion [IWOV-Active.FID3046284]

**\*\* EXTERNAL EMAIL MESSAGE \*\***

Dianne and Jeff, Fiserv filed the attached response with the court regarding your agency's letter. Please let us know how the NCUA would like to proceed. Fiserv's counsel is copied on this email. Regards.



**Charles J. Nerko**

Partner

**BARCLAY DAMON** LLP
1270 Avenue of the Americas • Suite 501 • New York, NY 10020
D: (212) 784-5807 • F: (212) 784-5778 • E: CNerko@barclaydamon.com

**www.barclaydamon.com** • **vCard** • **Profile**

1

This electronic mail transmission is intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message.

**From:** Nerko, Charles J.
**Sent:** Monday, May 2, 2022 8:43 AM
**To:** Nerko, Charles J. <CNerko@barclaydamon.com>
**Cc:** awronski@foley.com; Byam-Katzman, Jesse L. <jbyam-katzman@foley.com>; bbevan@graillaw.com; egrail@graillaw.com; rjp@pietragallo.com; Wilkinson, Benjamin M. <BWilkinson@barclaydamon.com>; O'Brien, Sarah A. <sobrien@barclaydamon.com>; Salva, Dianne M <DSALVA@ncua.gov>; Zick, Jeffrey A <JZick@ncua.gov>
**Subject:** Re: Bessemer v. Fiserv - NCUA Discussion [IWOV-Active.FID3046284]

Andy, following up on this, can you please advise? Also, Fiserv's in-house counsel may find the conversation with the NCUA helpful, so please let us know who from Fiserv will be participating. Thank you.

> On Apr 28, 2022, at 4:54 PM, Nerko, Charles J. <cnerko@barclaydamon.com> wrote:
>
> Andy,
>
> Dianne Salva and Jeffrey Zick of the National Credit Union Administration have requested a teleconference with the parties' counsel so that we can consider the NCUA's views with respect to the pending discovery disputes. May you please advise on your availability for such a call? Thank you.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.