IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BESSEMER SYSTEM FEDERAL CREDIT UNION, on behalf of itself and members, | ) ) ) |
| Plaintiff, | ) ) 2:19-cv-00624-RJC |
| vs. | ) ) ) |
| FISERV SOLUTIONS, LLC, formerly known as FISERV SOLUTIONS, INC., and FISERV, INC., | ) ) ) ) |
| Defendants. | ) ) |

**HEARING MEMO/MINUTE ENTRY**

**Hearing Date:** May 26, 2022
**Time:**   10:00 a.m. – 10:22 a.m.
**Type of Conference:** Telephonic Status Conference
**Reporter:** none
**Deputy Clerk/Law Clerk:**  Tyler Klein (Tyler_Klein@pawd.uscourts.gov)

| **Counsel For Plaintiff** | **Counsel For Defendants** |
|---|---|
| Charles J. Nerko, Esquire | Andrew J. Wronski, Esquire |
| Richard J. Parks, Esquire | Efrem M. Grail, Esquire |
| Benjamin M. Wilkinson, Esquire | Jesse L. Byam-Katzman, Esquire |

**Orders, Remarks, Instructions**

- The Court convened a telephonic status to discuss the parties' Status Reports [186] and [187] and Plaintiffs' Motion to Appoint a Discovery Special Master. Consistent with the discussion during the status conference, the parties shall confer and file a joint status report by June 1, 2022 advising the Court of the result of the meet and confer process.