UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

**BESSEMER SYSTEM FEDERAL CREDIT UNION, on behalf of itself and its members**,

                                                    Plaintiff,

       vs.

**FISERV SOLUTIONS, LLC, f/k/a FISERV SOLUTIONS, INC., and FISERV, INC.,**

                                                  Defendants.

Case No. 2:19-cv-00624-MJH

_____

## JOINT MOTION TO MODIFY SCHEDULE TO FILE OBJECTIONS AND RESPONSES TO SPECIAL MASTER'S REPORT & RECOMMENDATION

      Plaintiff Bessemer System Federal Credit Union ("Bessemer") and Defendants Fiserv Solutions, LLC, f/k/a Fiserv Solutions, Inc., and Fiserv, Inc. (together, "Defendants") hereby jointly move for an Order modifying the schedule to file objections and responses to Special Master's Report and Recommendation dated June 13, 2023 and to expand the page limit for these submissions. In support of this Motion, the parties state as follows:

      1.     On June 13, 2023, Special Master Mark D. Shepard filed a Report and Recommendation regarding the scope of discovery and nine (9) discovery motions. (ECF. No. 209).

      2.     After conferring in good faith regarding the efficient management of this dispute, and for reasons of judicial efficiency and other good cause, the Parties hereby respectfully request that the Court enter an Order extending the objection and response deadline and page limits established in the Court's Order Appointing Special Discovery Master, and set the following schedule and page limits instead:

a. The Parties shall file their objections on or before June 30, 2023;

b. The Parties shall file their response to objections filed by the opposing Party by July 17, 2023; and

c. The page limit for the Parties' objections and responses shall be extended to 20 pages.

WHEREFORE, the Parties respectfully request that the Court enter an Order consistent with this Motion.

Dated: June 21, 2023

Respectfully submitted,

*s/ Benjamin Wilkinson*
Charles J. Nerko (NY Bar No. 4764338)
(admitted *pro hac vice*)
Benjamin M. Wilkinson (NY Bar 4927661)
(admitted *pro hac vice*)
BARCLAY DAMON LLP
80 State Street
Albany, NY 10020
cnerko@barclaydamon.com
bwilkinson@barclaydamon.com
(518) 429-4200

Richard J. Parks (PA Bar No. 40477)
PIETRAGALLO, GORDON, ALFANO, BOSICK & RASPANTI, LLP
7 West State Street, Suite 100
Sharon, PA 16146

*Counsel for Bessemer System Federal Credit Union*

*s/ Jesse L. Byam-Katzman*
Efrem Grail (PA Bar No. 81570)
Brian Bevan (PA Bar No. 307488)
THE GRAIL LAW FIRM
Koppers Building, 30th Floor
436 Seventh Avenue
Pittsburgh, PA 15219

egrail@graillaw.com
bbevan@graillaw.com
(412) 227-2969

Andrew J. Wronski (WI Bar No. 1024029)
(admitted *pro hac vice*)
Jesse L. Byam-Katzman (WI Bar No. 1099929)
(admitted *pro hac vice*)
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
awronski@foley.com
Jbyam-Katzman@foley.Com
(414) 271-2400

*Counsel for Fiserv Solutions, LLC and Fiserv, Inc.*