**Wilkinson, Benjamin M.**

| | |
|---|---|
| **From:** | Byam-Katzman, Jesse L. <JByam-Katzman@foley.com> |
| **Sent:** | Tuesday, May 16, 2023 6:30 PM |
| **To:** | Shepard, Mark D. |
| **Cc:** | Stone, Betsy; Patterson, Tim; Wronski, Andy; Nerko, Charles J.; Wilkinson, Benjamin M.; Szczepanski, Kevin D.; Richard J. Parks |
| **Subject:** | RE: Bessemer v. Fiserv |
| **Attachments:** | Fiserv - Bessemer - Presentation for Discovery Motions.pptx; Fiserv - Bessemer - Presentation for Discovery Motions.pdf |

Mark:

Here is a PowerPoint and PDF of the presentation used during the hearing today.

Additionally, pursuant to your request, the relevant statute that imposes criminal liability for disclosure of FFIEC reports, and which is cited in FFIEC reports, is 18 U.S.C. 641.  This statute and prohibitions of disclosure were cited in Fiserv's Responses to Bessemer's First Set of Requests for Production and First Set of Interrogatories.

> Defendants are periodically subject to examination and audit by the Federal Financial Institutions Examination Council. The results and reports of such examinations are strictly confidential and may not be disclosed by Defendants pursuant to, among other things, 18 U.S.C. § 641. In the Master Agreement, Bessemer agreed and acknowledged as follows: "Client acknowledges and agrees that Fiserv is subject to certain examinations by the Federal Financial Institutions Examination Council ('FFIEC'), regulators and agencies. Client acknowledges and agrees that reports of such examination of Fiserv business units are available to Client directly from the relevant FFIEC agencies."

(Fiserv Resp. to Interrogatory No. 4; see also Fiserv Resp. to RFP No. 148-150.)

Please let me know if you have any questions or concerns.

Thank you,
Jesse

Jesse L. Byam-Katzman

Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
P 414.319.7057


-----Original Message-----
From: Shepard, Mark D. <MShepard@babstcalland.com>
Sent: Tuesday, May 16, 2023 4:58 PM
To: Byam-Katzman, Jesse L. <JByam-Katzman@foley.com>
Cc: Stone, Betsy <BStone@foley.com>; Patterson, Tim <TJPatterson@foley.com>; Wronski, Andy
<AWronski@foley.com>; Charles J. Nerko <CNerko@barclaydamon.com>; Benjamin M. Wilkinson
<BWilkinson@barclaydamon.com>; Kevin D. Szczepanski <KSzczepanski@barclaydamon.com>; Richard J. Parks
<RJP@pietragallo.com>
Subject: Bessemer v. Fiserv

** EXTERNAL EMAIL MESSAGE **

Would you please email me a copy of he power point you presented during oral argument today. Thank you.

Sent from my iPhone

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.