UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BESSEMER SYSTEM FEDERAL CREDIT UNION, on behalf of itself and its members,

    Plaintiff,

vs.

FISERV SOLUTIONS, LLC, f/k/a FISERV SOLUTIONS, INC., and FISERV, INC.,

    Defendants.

Case No. 2:19-cv-00624-RJC

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the parties, through their counsel, hereby stipulate that this action be dismissed in its entirety with prejudice and without costs or fees to any party.

Dated: May 9, 2024

**BARCLAY DAMON LLP**

_____
Charles J. Nerko (admitted *pro hac vice*)
1270 Avenue of the Americas
New York, New York 10020
(212) 784-5807
cnerko@barclaydamon.com

*Counsel for Plaintiff*
*Bessemer System Federal Credit Union*

**FOLEY & LARDNER LLP**

_____
Andrew J. Wronski (admitted *pro hac vice*)
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
(414) 297-5518
awronski@foley.com

*Counsel for Defendants*
*Fiserv Solutions, LLC and Fiserv, Inc.*

29044778.1